## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

## PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>WHITESTONE HOME FURNISHINGS, LLC d/b/a SAATVA,<br><br>                Defendant. | Case No. 2:25-cv-00460-DSC |

## UNOPPOSED MOTION TO APPEAR REMOTELY
## AT SEPTEMBER 11, 2025 HEARING

Whitestone Home Furnishing, LLC d/b/a SATVA ("Defendant") hereby moves this Court for an order granting its counsel leave of Court to appear remotely at the Final Approval Hearing set for September 11, 2025. In support, Defendant states as follows:

1. On May 2, this Court entered an Order granting preliminary approval to the Parties' Class Action Settlement Agreement. (Dkt. 13).

2. That Order set the Final Approval Hearing for September 11, 2025 at 1:00 P.M. EST.

3. Counsel for Defendant is located in Chicago, Illinois. Counsel for Defendant requests leave of court to appear remotely, either telephonically or via video conference, at the Final Approval Hearing.

4. Defendant is informed that Counsel for Plaintiff intends on appearing in-person at the Final Approval Hearing.

5. Counsel for Defendant has conferred with Counsel for Plaintiff, and Plaintiff has no opposition to the relief sought in this motion.

6. A proposed order granting the relief sought in this motion is attached as **Exhibit A**.

**Wherefore**, Defendant respectfully requests that this Court enter an order granting Defendant's counsel leave to appear at the September 11, 2025 Final Approval Hearing remotely:

Dated: September 5, 2025

Respectfully submitted,

*/s/ John C. Ochoa*
Molly A. Arranz (IL Bar No. 6281122)
John C. Ochoa (IL Bar No. 6302680)
AMUNDSEN DAVIS LLC
150 North Michigan Avenue
Suite 3300
Chicago, IL 60601
Phone: (312) 894-3200
Fax:    (773) 599-8340
Marranz@amundsendavislaw.com
Jochoa@amundsendavislaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant, certifies that on September 5, 2025, he caused a copy of the foregoing Unopposed Motion to Appear Remotely at the September 11, 2025 Hearing, to be served by electronic means to all parties of record via CM/ECF.

                                              Respectfully submitted,

                                              s/ *John C. Ochoa*