IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>WHITESTONE HOME FURNISHINGS, LLC d/b/a SAATVA,<br><br>        Defendant. | Civil Action No. 2:25-cv-00460-DSC |

**ORDER GRANTING THE PARTIES' JOINT MOTION
FOR DISMISSAL WITH PREJUDCE**

AND NOW, this 16th day of October, 2025, upon consideration of the Parties' Joint

Motion For Dismissal With Prejudice, it is hereby ORDERED that said Motion is

GRANTED. The action is hereby dismissed with prejudice. Pursuant to *Kokkonen v.*

*Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce

the class action settlement agreement against all Parties.

BY THE COURT:


___s/David Stewart Cercone_____
HON. DAVID STEWART CERCONE
Senior United States District Court Judge